PANAY HORIZONTAL SHOW JAR COMPANY, Appellant, v. D. C. JENKINS GLASS COMPANY, Appellee.

Circuit Court of Appeals, Seventh Circuit.
May 17, 1928.

No. 3947.

Appeal from the District Court of the United States for the District of Indiana.

Edgar M. Kitchin, of Washington, D. C., for appellant.

Ralph G. Lockwood, of Indianapolis, Ind., for appellee.

Before ALSCHULER, PAGE, and ANDERSON, Circuit Judges:

PER CURIAM. We are of opinion that the District Court properly dismissed the bill for want of equity, but, upon the record, are not sufficiently satisfied of the invalidity of the claims in issue to justify our approval of the finding in the decree to that effect. We believe the prior art disclosure of the Browning patent, No. 1,017,379, 1912, so far limits the claims in issue that appellee's device escapes infringement.

The decree will be modified, by striking out the finding of invalidity and inserting a finding of noninfringement of the claims, and, as so modified, it is affirmed.